UNITED STATES DISTRICT COURT FOR THE
District Massachusetts

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>Watts Guerra, LLP<br>**Defendant**<br><br>Relating to subpoena issued to AirSlate, Inc | §<br>§<br>§<br>§<br>§  **Civil Case No.** 23-mc-91530-PBS<br>§<br>§<br>§<br>§ |

**Plaintiff's Motion for Sanctions, Motion to Compel and Motion for a finding of contempt**

1  The Plaintiff sent a subponea to Airslate, Inc. To date, no production to the subpoena has been provided by the defendants, nor have they filed a motion to quash or responded in any substantive way per Rule 45. See Ex A, subpoena and instructions sent to AirSlate and Air Slate's emailed response.

2  Airslate in fact emailed the Plaintiff indicating they were going to simply ignore the Plaintiff's civil subpoena and as a matter of policy, they simply ignore all civil subpoenas. See Ex B emailed response.

3  More than 14 days has elapsed and Airslate has had more than a reasonable timeframe to respond and produce the requested documents. Furthermore, by waiting more than 14 days, they have waived all objections to the subpoena and should be compelled to produce the simple identifying documents for the party that utilized their services. This is as simple as naming a party and producing the account details already on hand.

4   This refusal to produce records is causing an unnecessary delay in the original case and is preventing the Plaintiff from identifying parties in this case and is the proximate cause for the delay thus far.

5   At no time did the Defendants file any sort of objection or motion to quash to the subpoena.

6   Furthermore, Airslate, Inc. refuses to abide by FRCP 45 and produce the Plaintiff's confidential phone records that are protected by Federal privacy laws and CPNI regulations to him directly. Plaintiff notes that he is seeking records relating to in part emails sent to the Plaintiff using AirSlate's platform.

7   Plaintiff requests the court sanction Ivan Liaskivskyi and Roman Perchyts, legal officers for Airslate, who as attorney's and court officers know better than to simply flout Federal subpoeans and ignore them. Each individual should be sanctioned $5,000 and require her to personally respond to this motion to compel and sanctions, particularly with regards to AirSlate's policy in responding to subpoenas. Plaintiff requests the court hold these individuals in contempt of court.

8   The Plaintiff requests the court sanction Airslate, Inc $5,000 for not responding to the subpoena in question and hold them in contempt for refusal to respond to the subpoena in question and sanction them $500 per day for each additional day that they continue to refuse to provide a response to the subpoena.

9   The Plaintiff also requests the court order the defendants to produce the records in question before September 29th 2023

*[signature]*
Craig Cunningham
Plaintiff,

3000 Custer Road, ste 270-206 Plano Tx 75075

615-348-1977

9/15/2023