*exA*

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | | |
|---|---|---|
| Craig Cunningham | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:22-cv-363-OLG |
| Watts Guerra, LLP | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: _Airslate, INC_
*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: *See Attached*

| Place: 3000 Custer RD ste 270-206 Plano, TX 75075 or projectpalehorse@hushmail.com | Date and Time: Sept 15, 2003 |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _10-19-2022_

CLERK OF COURT

_[signature]_ OR _____
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Craig Cunningham
, who issues or requests this subpoena, are:

3000 Custer Road, ste 270-206 Plano, Tx 75075, projectpalehorse@hushmail.com, 615-348-1977

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



|  |  |  |
|---|---|---|
| Craig Cunningham] | § § § | CASE NO. 5:22-cv-363-OLG |
| v. | § § | JUDGE Orlando L. Garcia |
| [Watts Guerra, LLP] | § § § § | |

**Subpoena instructions**

1.   To AirSlate, Inc

2.   The Plaintiff hereby issues this subpoena with the following instructons to Air Slate, Inc.

**All Registrant subscriber information pertaining to the following accounts**

3.   Please produce all registrant subscriber information in your posession, custody, or control for accounts associated with the email ana.gutierrez@gurusagent.com or susana.valenzuela@gurusagent.com for any subscriber who sent emails to craig.cunningham1980@gmail.com or newcountryllc@gmail.com in the past 2 years, to include account statements, emails associated with these domains, records of payments to include the full credit or debit card numbers or identifying information with paypal or any other electronic payment methods and communication with the parties that registered these domains. Please provide the IP address of the party that subscribed to your service using the emails susana.valenzuela@gurusagent.com and ana.gutierrez@gurusagent.com

4.   I also need all metadata and server data regarding an email sent to craig.cunningham1980@gmail.com on April 26, 2022 from ana.gutierrez@gurusagent.com and a description of how the cancellation of a document invite process can happen.

5. Produce all account information, methods of payment, account statements and records relating to accounts owned or controlled by Robert Berken or Berken Media, LLC, Grand Alliance Assets, LLC

6. Please produce all account information that names the entity or person who has sent and emails sent to craig.cunningham1980@gmail.com or newcountryllc@gmail.com from any of your clients in the past 3 years using your software for signnow.

Date: 9/5/2023                     Respectfully submitted,

**Craig Cunningham, Plaintiff Pro-se, 3000 Custer Road, ste 270-206, Plano, Tx 75075, 615-348-1977**

                              **BY: /s/ Craig Cunningham**

*exB*

# Re: subpoena for records

| | |
|---|---|
| From | **airSlate Legal** <legal@airslate.com> |
| To | **Craig** <projectpalehorse@hushmail.com> |
| Cc | **Ivan Liaskivskyi** <liaskivskyi.ivan@airslate.com>, **Roman Perchyts** <roman.perchyts@airslate.com> |
| Sent | Friday, September 15, 2023 at 12:06 PM |
| Encrypted | No |
| Signed | No |

Craig,

Your initial email was flagged by our email system as suspicious. We have now received your service of process through the registered agent. Please be advised that we do not produce information per subpoenas in civil cases. It imposes an unreasonable burden on our company while this information is easily accessible to the parties of the dispute through their respective user accounts. If you or another party have questions about how to access the information you are looking for in the product account, please contact support.

Thank you,
airSlate Legal Team

On Thu, Sep 14, 2023 at 4:06 PM Craig <projectpalehorse@hushmail.com> wrote:
> I am following up on my subpoena for records. If I don't hear anything from you guys in the next 24 hours, I'll
> presume you are refusing to respond and move to compel and move for sanctions accordingly
>
>
>
> Sent using Hushmail
>
>
> On 9/8/2023 at 2:39 PM, "Craig" <projectpalehorse@hushmail.com> wrote:
>
>> I need a response for this please
>>
>>
>>
>> Sent using Hushmail
>>
>>
>> On 9/5/2023 at 9:49 PM, "Craig" <projectpalehorse@hushmail.com> wrote:
>>
>>> Dear Air slate, please find the attached subpoena for records relating to one of your clients.
>>>
>>> This relates to emails that were sent to me relating to Dear Air slate believe was
>>>
>>> I've attached the emails they sent me with metada which should help the search. This is time
>>> sensitive

 Gmail

c c <craig.cunningham1980@gmail.com>

## ana.gutierrez@gurusagent.com has canceled the document invite
3 messages

**signNow** <mail@signnow.com>                                      Tue, Apr 26, 2022 at 9:21 AM
Reply-To: ana.gutierrez@gurusagent.com
To: craig.cunningham1980@gmail.com

## signNow

# Document Invite Canceled

The invitation for **"RV Watts Zantac Retainer - Craig Cunningham"** document was canceled by
ana.gutierrez@gurusagent.com.

**If you have any questions, please contact the sender.**

**Contact Sender**

Best regards,
The signNow Team

 

Contact Support     Terms of Service     Privacy Policy